IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY HALL, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00117-MTT |
| | * |
| JOSHUA STAFF, et al, | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 28th day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk